UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (New Haven)

DIRECTV, Inc.                     )   Case No.: 3:03CV939-AWT
                                  )                      RKW
         Plaintiff,               )
                                  )   NOTICE OF VOLUNTARY DISMISSAL
    vs.                           )          WITHOUT PREJUDICE
                                  )
Mark and Laura Terrace            )
                                  )
         Defendant                )

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

2/25/04
Date

John M. McLaughlin (CT16988)
**Mailing Address for
Requested Service of All Papers**
MORSE & SACKS
31 Trumbull Road
Northampton, MA 01060
Telephone: 860-745-0045

Local Address Pursuant to
D. Conn. L. Civ. R. 2(c):
Palumbo, Palumbo & Carrington, P.C.
193 Grand Street
P.O. Box 2518
Waterbury, CT 06732-2518

APPROVED. The Clerk shall close this case. It is so ordered.

Hartford, CT 03/8/04

FILED 2004 MAR -9 A 8:15 U.S. DISTRICT COURT HARTFORD, CT

Page 1